```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| PEGGY HASSELL, Individually, and as | : | CONSOLIDATED UNDER |
| Personal Representative of the | : | MDL 875 |
| Estate of BILLIE L. HASSELL, Deceased | : | |
| | : | |
| | : | |
| v. | : | E.D. Pa. Civil Action No. |
| | : | 2:09-cv-90863-ER |
| | : | |
| THE BUDD COMPANY, et al. | : | |

**O R D E R**

**AND NOW**, this **5th** day of **April, 2019**, for the reasons set forth in the accompanying Memorandum of Law, it is hereby **ORDERED** that: (1) the Motion of Plaintiff for Leave to File Third Amended Complaint (ECF No. 114) is **DENIED as moot;** (2) Defendants' Motions for Summary Judgment (ECF Nos. 110 & 111) are **GRANTED in part and DENIED in part;**[1] (3) the Motion of

---

[1] As set forth in an memorandum filed on this day, the Court has concluded that: (1) the negligence and strict liability claims arising from insulation used in connection with pipes originating in the train's locomotive involve "locomotive equipment" and are pre-empted by the LIA; but (2) claims arising from insulation used in connection with pipes that did not originate in the train's locomotive are not "locomotive equipment" and are, therefore, not pre-empted by the LIA; (3) Plaintiff's claims arising from insulation lining that Mr. Hassell described as the "arc chutes" in the floor of the passenger railcars involve "locomotive equipment" and are pre-empted by the LIA; (4) Plaintiff's claims for loss of consortium and punitive damages – as derivative claims – are viable to the same extent as Plaintiff's strict liability and negligence claims; and (5) Plaintiff's claims are not pre-empted by the SAA.

Plaintiff to Exclude Supplemental Expert Report and Testimony of Francis W. Weir, Ph.D. (ECF No. 113) is **DENIED, with leave to refile in the transferor court after remand**; and (4) Defendants' Motions for Judgment on the Pleadings (ECF Nos. 107, 108, 109) are **DENIED.**[2]

                                    **AND IT IS SO ORDERED.**

                                    */s/ Eduardo Robreno*
                                    **EDUARDO C. ROBRENO,   J.**

---

[2] The Court will issue a rule to show cause why the case should not be remanded to the United States District Court for the Southern District of Texas no earlier than **April 22, 2019.**